JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States District Court
Southern District of Texas
FILED
APR 20 2001
Michael N. Milby
Clerk of Court

## I (a) PLAINTIFFS

ELI ELORZA

## DEFENDANTS

B 01-060

SEARS ROEBUCK AND CO. CONSUMER PROGRAMS INC D/B/A SEARS PORTRAIT STUDIO; SIMON PROPERTY GROUP, INC. D/B/A VALLE VISTA MALL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **CAMERON**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **SUFFOLK**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

MR. EDDIE LUCIO
LUCIO & ASSOCIATES
1022 E. TYLER STREET, BLDG. 1
(956) 428-8788

ATTORNEYS (IF KNOWN)

MR. CHARLES WILLETTE, JR.    (956) 541-1846
WILLETTE & GUERRA, L.L.P.
INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BLVD., BROWNSVILLE, TX

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1441(a)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 4/20/01

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELI ELORZA | § |
| | § |
| VS. | § CIVIL ACTION NO. B-01-060 |
| | § |
| SEARS ROEBUCK and CO. CONSUMER | § |
| PROGRAMS INC, d/b/a SEARS | § |
| PORTRAIT STUDIO; SIMON PROPERTY | § |
| GROUP, INC. d/b/a VALLE VISTA MALL | § |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Sears Roebuck and Co., Defendant in the above styled and numbered matter, and files this its Notice of Removal of the present cause from the 103rd Judicial District Court of Cameron County, Texas, in which it is now pending to the United States District Court for the Southern District of Texas, Brownsville Division, and would respectfully show unto the Court as follows:

1.01  Sears Roebuck and Co., is a New York corporation whose principal place of business in Chicago, Illinois, and is the Petitioner.

1.02  Named Defendant Consumer Programs Inc., d/b/a Sears Portrait Studio is a Missouri corporation whose principal place of business is in Missouri.

1.03  Named Defendant Simon Property Group, Inc. is a Delaware corporation whose principal place of business is in Indiana.

2.01  This cause was commenced on March 27, 2001, in the 103rd Judicial District Court

of Cameron County, Texas with the style <u>Eli Elorza vs. Sears Roebuck and Co; Consumer Programs Inc., d/b/a Sears Portrait Studio; Simon Property Group, Inc. d/b/a Valle Vista Mall</u>, Cause Number 2001-03-1504-D. A true and correct copy of all process and pleadings in that cause and the certified docket sheet are attached hereto as Exhibit A. Plaintiff alleges that Defendant Sears Roebuck and Co. failed to maintain premises which allegedly resulted in the collapse of a ceiling and injuries to the plaintiff. Plaintiff brings this cause of action under a theory of common law negligence and seeks compensatory damages.

    3.01    Defendant Sears Roebuck and Co., was served with a copy of Plaintiff's Original Petition on April 3, 2001.

    4.01    This action is a civil action in that Plaintiff alleges that Defendant Sears Roebuck and Co., and other named defendants are liable for compensatory damages to the plaintiff for allegedly failing to maintain a premises resulting in alleged injuries to Plaintiff.

    5.01    The controversy between Plaintiff and Defendants Sears Roebuck and Co., Consumer Programs Inc., d/b/a Sears Portrait Studio and Simon Property Group, Inc. is a controversy between a citizen of the State of Texas and a defendants who are incorporated each in different states. The United States District Court has original jurisdiction over this case because Defendants Sears Roebuck and Co., Consumer Programs Inc., d/b/a Sears Portrait Studio and Simon Property Group, Inc. are not citizens of the State of Texas. Under 28 U.S.C.§§1332 this Court has original jurisdiction over Defendants who are not citizens of the state in which the action in brought. This action is removable under 28 U.S.C.§§1441(a). Plaintiffs' Original Petition alleges injuries which exceed the minimum jurisdictional requirements of the Court, (exclusive of interest and costs), and said claim could exceed Seventy-five thousand dollars and no cents, ($75,000.00). None of the

defendants are citizens of the state of Texas.

6.01    Pursuant to 28 U.S.C.§§1332(c), Defendant Sears Roebuck and Co. would show that Defendant Sears Roebuck and Co. is incorporated in, and is domiciled in New York and has a principal place of business in Chicago, Illinois, that Consumer Programs Inc., d/b/a Sears Portrait Studio Co. is incorporated in, is domiciled in, and has its principal place of business in the state of Missouri, and that Simon Property Group, Inc. is incorporated in and is domiciled in Delaware with a principal place of business in Indiana. Plaintiff Eli Elorza is a citizen of the State of Texas and is domiciled in Cameron County, Texas.

7.01    Upon filing of this Notice of Removal of this cause, written notice of the filing by Petitioner to Plaintiff and his counsel have been provided as required by law. A copy of such Notice with proof of service of same is attached hereto and incorporated herein for all purposes. A copy of such notice is also being filed with the clerk of the state court where this cause was originally filed.

8.01    This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date of service of Plaintiff's Original Petition upon the first and only served Defendant.

9.01    As evidenced by a certified copy of the state court docket sheet, no returns of service are on file with the state court with respect to all other named parties at the time of the filing of this removal.

10.01   Defendant requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant Sears Roebuck and Co., prays for removal of the above entitled cause of action from the 103rd Judicial District Court of Cameron

3

County, Texas to this Court and seeks all other relief to which it may show itself to be justly entitled.

Signed on April 20, 2001.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Suite 460
> 3505 Boca Chica Boulevard
> Brownsville, Texas 78521
> Telephone: (956) 541-1846
> Facsimile: (956) 541-1893
>
> By: _____
> Charles Willette, Jr.
> State Bar No. 21509700
> USDC Adm. No. 1937
>
> Eduardo G. Garza
> State Bar No. 00796609
> USDC ADM. No. 20916

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Removal of Civil Action has on April 20, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

_____
Charles Willette, Jr.

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_____
Charles Willette, Jr.

4

ClibPDF - www.fastio.com

CERTIFIED COPY

CAUSE NO 2001-03-1504-D

| | | |
|---|---|---|
| ELI ELORZA <br> *Plaintiff,* | § § § § § | IN THE DISTRICT COURT |
| VS. | § § § | 103rd JUDICIAL DISTRICT |
| SEARS ROEBUCK and CO.; CONSUMER PROGRAMS INC., d/b/a SEARS PORTRAIT STUDIO; SIMON PROPERTY GROUP, INC. d/b/a VALLE VISTA MALL <br> *Defendants,* | § § § § § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Eli Elorza, hereinafter called, Plaintiff, complaining of Sears Roebuck and Co.; Consumer Programs Inc., d/b/a Sears Portrait Studio and Simon Property Group, Inc., d/b/a Valle Vista Mall hereinafter called Defendants, and for cause of action would respectfully show unto the court as follows:

I.

Plaintiff alleges that discovery herein is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

II.

Plaintiff resides in Cameron County, Texas.

III.

Defendant Sears Roebuck and Co. can be served through its registered agent, CT Corporation at 350 N. St. Paul, Dallas, Texas 75201.

Defendant Consumer Programs Inc. can be served through its registered agent, CT Corporation at 350 N. St. Paul Street, Dallas, Texas 75201


EXHIBIT A

**CERTIFIED COPY**

Defendant Simon Property Group, Inc., can be served through its registered agent CT Corporation at 350 N. St. Paul, Dallas, Texas 75201.

IV.

This Court has jurisdiction over this matter. Venue properly lies in Cameron, County, Texas, the county in which the cause of action accrued.

V.

Defendants own and manage, and at all times herein mentioned owned, controlled and/or managed the premises at 2002 South Expressway 83, Harlingen, Texas, wherein the incident in question occurred. Defendants are liable to Plaintiff for the following acts of negligence, including but not limited to, failing to properly maintain the premises, in such a manner to prevent the occurrence in question from happening.

VI.

At all times herein mentioned, plaintiff was an invitee on said business premises.

VII.

Because Plaintiff was an invitee at the time of injury, Defendants owed him a duty to exercise ordinary care to keep the premises in reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

VIII.

On or about October 11, 2000, while Plaintiff was visiting the premises a portion of the ceiling collapsed and violently fell on Plaintiff's head causing Plaintiff to suffer excruciating pain and sustain serious injuries.

IX.

Defendants' conduct, and that of their agents, servants, and employees, acting within the scope of their employment constituted a breach of the duty of ordinary care owed by Defendant to Plaintiff. Defendants knew or should have known that the

CERTIFIED COPY

condition of the premises created an unreasonable risk of harm for invitees in that Defendants should have known that the ceiling would collapse and fall causing injuries to Plaintiff.

X.

As a proximate result of the accident, Plaintiff sustained and will likely continue to sustain painful injuries to his body as a whole and specific portions thereof. The accident caused Plaintiff to sustain painful and permanent injuries that require extensive medical treatment and which continue to cause him great pain and discomfort.

XI.

Plaintiff seeks recovery for his past and future physical pain, mental anguish, physical impairment and medical expenses.

XII.

Plaintiff believes and alleges that he has been greatly injured and has suffered damages in a sum far in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendants be cited to appear and answer herein; that upon final trial hereof, Plaintiff have and recover judgment as follows:

a. Judgment against Defendants in a sum in excess of the minimum jurisdictional limits of the Court for all compensatory damages sued for with pre-judgment interest at the highest legal rate as permitted by law;

b. Interest from the date of judgment at the maximum legal rate as permitted by law until judgment is paid;

c. Costs of suit;

**CERTIFIED COPY**

d. Compensatory damages as set forth above; and

e. Such other and relief, both general and special, in law and in equity, to which

f. Plaintiff may be justly entitled.

Respectfully submitted,

LUCIO & ASSOCIATES

By: _____
Eddie Lucio
State Bar No. 00791145
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550
Telephone: (956) 428-8788
Facsimile: (956) 428-8808

ATTORNEYS FOR PLAINTIFF

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY TEXAS
BY _____ DEPUTY

pop.ple

---

Plaintiffs' Original Petition    Page 4

# CIVIL DOCKET - JUDGE'S ENTRIES
## RULE 26-TRCP
### CERTIFIED COPY

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|
| ELI ELORZA<br><br>VS<br><br>SEARS ROEBUCK AND CO., ET AL | 00474001<br>HON. EDDIE LUCIO<br>1022 E TYLER ST BLDG 1<br>HARLINGEN, TEXAS  78550  0000 | (10)<br>DAMAGES |

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| | |

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY

[Seal: DISTRICT COURT CAMERON COUNTY, TEXAS]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELI ELORZA | § | B 01-060 |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | |
| SEARS ROEBUCK and CO. CONSUMER | § | |
| PROGRAMS INC, d/b/a SEARS | § | |
| PORTRAIT STUDIO; SIMON PROPERTY | § | |
| GROUP, INC. d/b/a VALLE VISTA MALL | § | |

## INDEX OF EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Sears Roebuck and Co., Defendant herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this its Index of Exhibits and would submit the following with the Court the following:

1.  Plaintiff's Original Petition

2.  Certified Docket Sheet

3.  List of Attorneys.

Signed on April 20, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Removal of Civil Action has on April 20, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

_____
Charles Willette, Jr.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELI ELORZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-060 |
| | § | |
| SEARS ROEBUCK and CO. CONSUMER | § | |
| PROGRAMS INC, d/b/a SEARS | § | |
| PORTRAIT STUDIO; SIMON PROPERTY | § | |
| GROUP, INC. d/b/a VALLE VISTA MALL | § | |

United States District Court
Southern District of Texas
FILED
APR 2 0 2001 11:40
Michael N. Milby
Clerk of Court

## LIST OF PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Sears Roebuck and Co., Defendant herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this its List of Parties and would submit the following with the Court:

**PLAINTIFF:**

Eli Elorza
c/o Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550
Phone: (956) 428-8788
Facsimile: (956) 428-8808

1

**ATTORNEY FOR PLAINTIFF:**

Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550
Phone: 956-428-8788
Facsimile: 956-428-8808

**DEFENDANT:**

Sears Roebuck and Co.
c/o Mr. Charles Willette, Jr.
and Mr. Eduardo G. Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

**ATTORNEYS FOR DEFENDANT:**

Mr. Charles Willette, Jr.
and Mr. Eduardo G Garza
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

**DEFENDANT:**

CONSUMER PROGRAMS INC, d/b/a SEARS PORTRAIT STUDIO
* No return of service was on file with the state court on this defendant at the time of removal.

**DEFENDANT:**

SIMON PROPERTY GROUP, INC. d/b/a VALLE VISTA MALL
* No return of service was on file with the state court on this defendant at the time of removal.

2

ClibPDF - www.fastio.com

Signed on April 20, 2001.

                                      Respectfully submitted,
                                      WILLETTE & GUERRA, L.L.P.
                                      International Plaza, Suite 460
                                      3505 Boca Chica Boulevard
                                      Brownsville, Texas 78521
                                      Telephone: (956) 541-1846
                                      Facsimile: (956) 541-1893

By: _____
                                      Charles Willette, Jr.
                                      State Bar No. 21509700
                                      USDC Adm. No. 1937

                                      Eduardo G. Garza
                                      State Bar No. 00796609
                                      USDC ADM. No. 20916

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Removal of Civil Action has on April 20, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

_____
Charles Willette, Jr.

3

United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELI ELORZA | § |
| | § |
| | § |
| VS. | §   CIVIL ACTION NO. B 01-060 |
| | § |
| SEARS ROEBUCK and CO. CONSUMER | § |
| PROGRAMS INC, d/b/a SEARS | § |
| PORTRAIT STUDIO; SIMON PROPERTY | § |
| GROUP, INC. d/b/a VALLE VISTA MALL | § |

## NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION

TO:   ELI ELORZA, by and through his attorney of record:

Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on the 20th day of April, 2001, in the above-entitled and numbered cause (being Cause Number 2001-03-1504-D in the 103rd Judicial District Court of Cameron County, Texas) Defendant Sears Roebuck and Co., filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are enclosed herewith.

Signed on April 20, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice to Plaintiff of Removal of Civil Action has on April 20, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

_____
Charles Willette, Jr.

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_____
Charles Willette, Jr.

2

CAUSE NO. 2001-03-1504-D

| | | |
|---|---|---|
| ELI ELORZA | § | THE 103rd DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| SEARS ROEBUCK and CO. CONSUMER | § | |
| PROGRAMS INC, d/b/a SEARS | § | |
| PORTRAIT STUDIO; SIMON PROPERTY | § | |
| GROUP, INC. d/b/a VALLE VISTA MALL | § | CAMERON COUNTY, TEXAS |

## NOTICE TO DISTRICT CLERK OF REMOVAL OF CIVIL ACTION

TO :   Ms. Aurora De La Garza
        Clerk of the District Courts
        Cameron County Courthouse
        974 E. Harrison
        Brownsville, Texas 78520

You will please take notice that Sears Roebuck and Co., Defendant in the above-referenced matter, has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the cause styled <u>Eli Elorza vs.Sears Roebuck and Co; Consumer Programs Inc., d/b/a Sears Portrait Studio; Simon Property Group, Inc. d/b/a Valle Vista Mall</u> originally filed in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2001-03-1504-D, and that a true and correct copy of said Notice of Removal, is being filed with the Clerk of the said United States District Court for the Southern District of Texas, Brownsville Division, and that the State Court shall proceed no further, unless the cause is remanded.  A copy of said Notice of Removal, without copies of attachments, is attached to this notice.

Signed on April 20, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

Eduardo G. Garza
State Bar No. 00796609
USDC ADM. No. 20916

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice to District Clerk of Removal of Civil Action has on April 20, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Eddie Lucio
Lucio & Associates
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

_____
Charles Willette, Jr.

ClibPDF - www.fastio.com