2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**APR 2 0 2001** 11:40

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| ELI ELORZA | § | |
| | § | |
| | § | CIVIL ACTION NO. B 01 - 060 |
| vs. | § | |
| | § | |
| | § | |
| SEARS ROEBUCK and CO.; | § | |
| CONSUMER PROGRAMS, INC., d/b/a | § | |
| SEARS PORTRAIT STUDIO; SIMON | § | |
| PROPERTY GROUP, INC., d/b/a VALLE | § | |
| VISTA MALL | § | |

## DEFENDANT SEARS, ROEBUCK AND CO.'S ORIGINAL ANSWER

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW DEFENDANT, SEARS, ROEBUCK and CO., hereinafter called
"Defendant," and files this its Original Answer to Plaintiff's Original Petition, and would
respectfully show unto the Court as follows:

## A. ADMISSIONS AND DENIALS

1. Defendant is without knowledge or information sufficient to form a belief as to the truth
   of paragraph I of Plaintiff's Original Petition.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth
   of paragraph II of Plaintiff's Original Petition.

3. Defendant admits the allegations in paragraph III of Plaintiff's Original Petition.

1

4.    Defendant denies that the state court in which this case was originally filed has

      jurisdiction over this matter but does admit that venue properly lies in Cameron County,

      Texas.

5.    Defendant denies the allegations in paragraph V of Plaintiff's Original Petition.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth

      of paragraph VI of Plaintiff's Original Petition.

7.    Defendant is without knowledge or information sufficient to form a belief as to the truth

      of paragraph VII of Plaintiff's Original Petition.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth

      of paragraph VIII of Plaintiff's Original Petition.

9.    Defendant denies the allegations in paragraph IX of Plaintiff's Original Petition.

10.   Defendant denies the allegations in paragraph X of Plaintiff's Original Petition.

11.   Defendant denies the allegations in paragraph XI of Plaintiff's Original Petition.

## B. AFFIRMATIVE DEFENSES

12.   Plaintiff's injuries and damages as alleged, although such injuries and

      damages are not so acknowledged, were caused in whole, or in part, or

      contributed to by the negligence, fault or want of care of parties and/or

      instrumentalities over whom this defendant exercised no control and

      for whose acts this defendant is not under the law responsible therefor.

13.   The injuries suffered by plaintiffs, if any, in the occurrence in question, were

      the result of a new and independent cause, independent of any alleged act or

      omission of these defendants.

2

14.   This defendant respectfully reserves the right to file an amended answer, cross claims,

third-party actions, counter claims, discovery, pleadings and motions in this cause in the

manner authorized by the Federal Rules of Civil Procedure.

## C. PRAYER

15.   For these reasons, this Defendant ask the Court to enter judgment that plaintiff take

nothing, dismiss plaintiff's suit, assess costs against plaintiff and award Defendant all

other relief to which it may show itself to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas   78521
Telephone: (956)541-1846
Facsimile:  (956)541-1893

By:_____
        Charles Willette, Jr.
        State Bar No. 21509700
        USDC Adm. No. 1937

        Eddie Garza
        State Bar No. 00796609
        USDC Adm. No. 20916

ATTORNEYS FOR DEFENDANT
SEARS, ROEBUCK AND CO.

3

## CERTIFICATE OF SERVICE

I, hereby certify that on April 20, 2001, a true and correct copy of the above and foregoing DEFENDANT SEARS, ROEBUCK AND CO.'S ORIGINAL ANSWER has been served on all counsel of record via Certified Mail, Return Receipt Requested as herein below noted:

Mr. Eddie Lucio
LUCIO & ASSOCIATES
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

Charles Willette, Jr.

4