4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELI ELORZA | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B 01-060 |
| | § | |
| | § | |
| SEARS ROEBUCK and CO.; | § | |
| CONSUMER PROGRAMS, INC., d/b/a | § | |
| SEARS PORTRAIT STUDIO; SIMON | § | |
| PROPERTY GROUP, INC., d/b/a VALLE | § | |
| VISTA MALL | § | |

---

**DEFENDANT SEARS, ROEBUCK AND CO.'S
DISCLOSURES OF INTERESTED PARTIES**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties,

Defendant Sears, Roebuck and Co.'s counsel certifies that the only persons, associations, etc.,

that are known to this Defendant to be financially interested in the outcome of this litigation are:

1.      Plaintiff Eli Elorza

2.      Defendant Sears, Roebuck and Co.

3.      Defendant Consumer Programs, Inc., d/b/a Sears Portrait Studio

4.      Defendant Simon Property Group, Inc. d/b/a Valle Vista Mall

-1-

ClibPDF - www.fastio.com

Signed on April __24__, 2001.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas   78521
Telephone: (956)541-1846
Facsimile:  (956)541-1893

By: _____
    Charles Willette, Jr.
    State Bar No. 21509700
    USDC Adm. No. 1937

    Eddie Garza
    State Bar No. 00796609
    USDC Adm. No. 20916

ATTORNEYS FOR DEFENDANT
SEARS, ROEBUCK AND CO.

## CERTIFICATE OF SERVICE

I, hereby certify that on April 24, 2001, a true and correct copy of the above and foregoing DEFENDANT SEARS, ROEBUCK AND CO.'S DISCLOSURES OF INTERESTED PARTIES has been served on all counsel of record via Certified Mail, Return Receipt Requested as herein below noted:

Mr. Eddie Lucio
LUCIO & ASSOCIATES
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

_____
Charles Willette, Jr.

-2-