7

United States District Court
Southern District of Texas
FILED

MAY 0 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELI ELORZA § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-060 |
| § | |
| SEARS ROEBUCK and CO.; CONSUMER § | |
| PROGRAMS, INC., d/b/a SEARS § | |
| PORTRAIT STUDIO; SIMON PROPERTY § | |
| GROUP, INC., d/b/a VALLE VISTA MALL § | |

### ORIGINAL ANSWER OF DEFENDANT, CONSUMER PROGRAMS, INC.

Consumer Programs, Inc., d/b/a Sears Portrait Studio, answers Plaintiff's Original Complaint styled "Plaintiff's Original Petition" as follows:

1. This Defendant neither admits nor denies the allegations in paragraph I of Plaintiff's pleading regarding discovery level, since such is inapplicable to federal court.

2. This Defendant admits the allegations in paragraphs II and III regarding Plaintiff's residence and Defendants' service agents.

3. This Defendant admits the allegations in paragraph IV regarding state court jurisdiction and venue.

4. This Defendant admits that portion of the allegations of paragraph V regarding ownership or control of the premises to the extent this Defendant under license from Sears Roebuck & Company operated a Sears Portrait Studio at the Sears' store in the mall, but this Defendant otherwise denies the remaining allegations of such paragraph. This Defendant specifically denies any allegation of negligence for failing to properly maintain the premises.

5.   This Defendant admits the allegations in paragraph VI regarding Plaintiff's status as a business invitee.

6.   This Defendant admits the allegations in paragraph VII regarding duty as a general statement of law.

7.   This Defendant admits that portion of the allegations of paragraph VIII regarding the date and fact of the incident in question, but Defendant otherwise denies the remaining allegations. This Defendant specifically denies the characterization of the fall of the ceiling tile as violent and causing Plaintiff to suffer excruciating pain and to sustain serious injuries.

8.   This Defendant generally denies the allegations in paragraph IX regarding any claimed breach of duty.

9.   This Defendant generally denies the allegations in paragraphs X, XI, and XII regarding the nature and extent of Plaintiff's injuries and damages.

## AFFIRMATIVE DEFENSES

10.   This Defendant affirmatively alleges that Plaintiff's claimed injuries and damages were solely or at least proximately caused by the acts or omissions of other parties or third-parties over whom this Defendant exercised no control and for whom this Defendant is not legally responsible.

## PRAYER

11.   This Defendant, therefore, requests the court enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and award this Defendant all other relief to which it is entitled.

ClibPDF - www.fastio.com

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800; Fed. ID 6142
**COUNSEL FOR DEFENDANT, CONSUMER PROGRAMS, INC., D/B/A SEARS PORTRAIT STUDIO**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 30 April 2001.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Eddie Lucio
LUCIO & ASSOCIATES
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

**VIA FIRST CLASS MAIL**
Mr. Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

3

**<u>VIA FIRST CLASS MAIL</u>**
Simon Property Group, Inc., d/b/a Valle Vista Mall, by its registered agent
CT Corporation
350 N. St. Paul
Dallas, Texas 75201

4