United States District Court
Southern District of Texas
FILED

MAY 0 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELI ELORZA | § |
| | § |
| VS. | § CIVIL ACTION NO. B-01-060 |
| | § |
| SEARS ROEBUCK AND CO.; CONSUMER | § |
| PROGRAMS, INC. d/b/a SEARS PORTRAIT | § |
| STUDIO; and SIMON PROPERTY GROUP, | § |
| INC. d/b/a VALLE VISTA MALL | § |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 2 of the Order of Conference, Defendant SIMON PROPERTY GROUP (TEXAS), L.P., improperly named as SIMON PROPERTY GROUP, INC. d/b/a VALLE VISTA MALL states that to its knowledge, the following persons and entities are or may be financially interested in this litigation

SIMON PROPERTY GROUP (TEXAS), L.P.

Respectfully Submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Federal Admissions No. 12023
    Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522-2155
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
SIMON PROPERTY GROUP (TEXAS), L.P.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendant's Original Answer and Jury Demand was served on all counsel of record, to-wit:

>Eddie Lucio
>Lucio & Associates
>1022 East Tyler Street, Building 1
>Harlingen, Texas 78550
>Attorneys for Plaintiff
>
>Charles Willette, Jr.
>Willette & Guerra, L.L.P.
>International Plaza, Suite 460
>3505 Boca Chica Boulevard
>Brownsville, Texas 78521
>Attorneys for Defendant Sears, Roebuck and Co.

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Texas Rules of Civil Procedure, on this 7th day of May, 2001.

_____
Alison D. Kennamer