IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELI ELORZA | § |
| | § |
| V. | §    CIVIL ACTION NO. B-01-060 |
| | § |
| SEARS ROEBUCK and CO.; CONSUMER | § |
| PROGRAMS, INC., d/b/a SEARS | § |
| PORTRAIT STUDIO; SIMON PROPERTY | § |
| GROUP, INC., d/b/a VALLE VISTA MALL | § |

**DEFENDANT, CONSUMER PROGRAMS, INC.'S**
**<u>CERTIFICATE OF FINANCIALLY INTERESTED PERSONS</u>**

Consumer Programs, Inc., one of the named Defendants, certifies the following list of persons or entities that are financially interested in the outcome of this litigation:

1. Texas Portraits, LP, a Delaware Limited Partnership

2. Consumer Programs Partner, Inc., a Delaware Corporation

3. Consumer Programs, Inc., a Missouri Corporation

4. <u>CPI Corporation</u>, a publicly traded Delaware Corporation

5. <u>Travelers Property Casualty Corporation</u> and its subsidiaries, a publicly traded Delaware Corporation

*United States District Court*
*Southern District of Texas*
*FILED*

*MAY 1 0 2001*

*Michael N. Milby*
*Clerk of Court*

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Attorney-in-Charge
State Bar No. 08785800; Fed. ID 6142
**COUNSEL FOR DEFENDANT, CONSUMER PROGRAMS, INC., D/B/A SEARS PORTRAIT STUDIO**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 8 May 2001.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Eddie Lucio
LUCIO & ASSOCIATES
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550

**VIA FIRST CLASS MAIL**
Mr. Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

**VIA FIRST CLASS MAIL**
Ms. Alison D. Kennamer
RODRIGUEZ, COLVIN & CHANEY
1201 E. Van Buren Street
P.O. Box 2155
Brownsville, Texas 78522-2155

2