*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELI ELORZA | § § § § | |
| VS. | § § § § § | CIVIL ACTION NO. B-01-060 |
| SEARS ROEBUCK and CO.; CONSUMER PROGRAMS INC., d/b/a SEARS PORTRAIT STUDIO; SIMON PROPERTY GROUP, INC. d/b/a VALLE VISTA MALL | § § § § § | |

### PLAINTIFF, ELI ELORZA'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to the Court's Order for Conference, Plaintiff Eli Elorza, certifies the following list of persons or entities that are financially interested in the outcome of this litigation:

1. Plaintiff Eli Elorza

2. Defendant Sears, Roebuck and Co.

3. Texas Portraits, LP, a Delaware Limited Partnership

4. Consumer Programs Partner, Inc., a Delaware Corporation

5. Consumer Programs, Inc., a Missouri Corporation

6. CPI Corporation, a publicly traded Delaware Corporation

7. Travelers Property Casualty Corporation and its subsidiaries, a publicly Traded Delaware Corporation

8. Simon Property Group (TEXAS), L.P.

Respectfully submitted,

LUCIO & ASSOCIATES

By: _____
Eddie Lucio
State Bar No. 00791145
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550
Telephone: (956) 428-8788
Facsimile: (956) 428-8808

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2001 a true and correct copy of the foregoing instrument was served via:

_____ Cert. Mail, R.R.R       √ Facsimile       _____ Hand Delivery.

upon the following counsel of record:

Charles Willette, Jr.
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

L. Nelson Hall
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401

Alison D. Kennamer
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
PO Box 2155
Brownsville, Texas 78522-2155

Eddie Lucio

ClibPDF - www.fastio.com