

```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 1 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELI ELORZA | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B 01-060 |
| | § | |
| | § | |
| SEARS ROEBUCK and CO.; | § | |
| CONSUMER PROGRAMS, INC., d/b/a | § | |
| SEARS PORTRAIT STUDIO; SIMON | § | |
| PROPERTY GROUP, INC., d/b/a VALLE | § | |
| VISTA MALL | § | |

## DEFENDANT SEARS, ROEBUCK AND CO.'S
## DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW SEARS, ROEBUCK & CO., a Defendant in the above styled and numbered cause, and hereby designates:

Eduardo G Garza
State Bar No. 00796609
USDC Adm. No. 20916
of
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and authority of its cause, responsibility for this lawsuit, and to receive all further communications from the Court and other counsel relating to this cause.

Signed on September 17, 2001.

          Respectfully submitted,
          WILLETTE & GUERRA, L.L.P.
          International Plaza, Suite 460
          3505 Boca Chica Blvd.
          Brownsville, Texas   78521
          Telephone: (956)541-1846
          Facsimile:  (956)541-1893

By: _____
    Eduardo G Garza
    State Bar No. 00796609
    USDC Adm. No. 20916

By: _____
    Charles Willette, Jr.
    State Bar No. 21509700
    USDC Adm. No. 1937

ATTORNEYS FOR DEFENDANT
SEARS, ROEBUCK AND CO.

## CERTIFICATE OF SERVICE

I, hereby certify that on September 17, 2001, a true and correct copy of the above and foregoing document has been served on all counsel of record as follows:

**VIA HAND DELIVERY**
Mr. Eddie Lucio
LUCIO & ASSOCIATES
West End/The Brewery
703 McKinney, Suite 210
Dallas, Texas 75202
*Attorney for Plaintiff*

**VIA HAND DELIVERY**
Mr. L. Nelson Hall
DUNN & WEATHERED, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
*Attorney for Defendant Consumer Programs Inc, D/b/a Sears Portrait Studio*

**VIA HAND DELIVERY**
Ms. Alison D. Kennamer
Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY
1209 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522-2155
*Attorney for Defendant Simon Property Group, Inc. D/b/a Valle Vista Mall*

_____
Eduardo G Garza