IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 1 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELI ELORZA | § § § | |
| vs. | § § § § | CIVIL ACTION NO. B 01-060 |
| SEARS ROEBUCK and CO.; CONSUMER PROGRAMS, INC., d/b/a SEARS PORTRAIT STUDIO; SIMON PROPERTY GROUP, INC., d/b/a VALLE VISTA MALL | § § § § § | |

## DEFENDANT, SEARS, ROEBUCK & CO.S NOTICE TO THE COURT OF ITS FILING OF ITS INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Defendant SEARS, ROEBUCK & CO., and files this its Notice to the Court of its Filing of the Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26.

Signed on September 17, 2001.

                                            Respectfully submitted,

                                            WILLETTE & GUERRA, L.L.P.
                                            International Plaza, Ste. 460
                                            3505 Boca Chica Blvd.
                                            Brownsville, Texas  78521
                                            Telephone:  (956) 541-1846
                                            Facsimile:  (956) 541-1893
                                            Attorney for Defendants

                                            By: _____
                                                 Charles Willette, Jr.
                                               State Bar No. 21509700
                                               USDC Adm. No. 1937

                                               Eduardo G Garza
                                               State Bar No. 00796609
                                               Fed ID. No. 20916

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on, September 17, 2001 has been served via hand delivery to:

**VIA HAND DELIVERY**
Mr. Eddie Lucio
LUCIO & ASSOCIATES
1022 E. Tyler Street, Bldg. 1
Harlingen, Texas 78550
*Attorney for Plaintiff*

**VIA HAND DELIVERY**
Mr. L. Nelson Hall
DUNN & WEATHERED, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
*Attorney for Defendant Consumer Programs Inc, D/b/a Sears Portrait Studio*

**VIA HAND DELIVERY**
Ms. Alison D. Kennamer
Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY
1209 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522-2155
*Attorney for Defendant Simon Property Group, Inc. D/b/a Valle Vista Mall*

_____
Eduardo G Garza