*14*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

ELI ELORZA

§
§
§
§
§

SEP 1 8 2001

Michael N. Milby
Clerk of Court

VS.

§
§
§
§
§

CIVIL ACTION NO. B-01-060

SEARS ROEBUCK and CO.; CONSUMER
PROGRAMS INC., d/b/a SEARS
PORTRAIT STUDIO; SIMON PROPERTY
GROUP, INC. d/b/a VALLE VISTA MALL

§
§
§
§

## NOTICE OF CHANGE OF ADDRESS

To the Honorable Judge of said Court:

Please take notice that the law firm of LUCIO & ASSOCIATES has moved.

Please forward all notices in the above-referenced matter to the address listed below:

LUCIO & ASSOCIATES
West End/The Brewery
703 McKinney, Suite 210
Dallas, Texas 75202
Telephone: (214) 220-2199
Facsimile: (214) 220-2155

Respectfully submitted,

LUCIO & ASSOCIATES

By: _____
Eddie Lucio
State Bar No. 00791145
703 McKinney, Suite 210
Dallas, Texas 75202
Telephone: (214) 220-2199
Facsimile: (214) 220-2155

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this __17th__ day of _September_____, 2001 a true

and correct copy of the foregoing instrument was served via:

_____ Cert. Mail, R.R.R.      ___✓___ Facsimile      _____ Hand Delivery

upon the following counsel of record:

      Charles Willette, Jr.
      Willette & Guerra, L.L.P.
      International Plaza, Suite 460
      3505 Boca Chica Blvd.
      Brownsville, Texas 78521
      Eddie Garza
      Willette & Guerra, L.L.P.

      L. Nelson Hall
      Dunn & Weathered, P.C.
      611 S. Upper Broadway
      Corpus Christi, Texas 78401

      Alison D. Kennamer
      Rodriguez, Colvin & Chaney
      1201 E. Van Buren Street
      PO Box 2155
      Brownsville, Texas 78522-2155

      Eddie Lucio