15

## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts    ■ Lehrman |
| DATE | 9 / 17 / 01 |
| TIME | a.m. — a.m. / 2:10 p.m. — 2:16 p.m. |
| CIVIL ACTION | B / 01 / 060 |
| STYLE | Eli Elorza  versus  Sears Roebuck and Co., et al |

DOCKET ENTRY

(HGT) ☑ Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   Armando Duran (on behalf of Eddie Lucio) for Eli Elorza

Attorney(s) for Defendant(s): Eddie Garza (on behalf of Charles Willette) for Sears, Roebuck & Co.
                L. Nelson Hall for Consumer Programs, Inc. d/b/a Sears Portrait Studio
                Allison Kennamer for Simon Property Group. d/b/a Valle Vista Mall

Case called. Lead counsel for Plaintiff and Defendant Sears were not present; instead counsel from their firm appeared on their behalf. Judge admonished those present to notify lead counsel to call her today and explain absence.

Comments: The initial pre-trial conference will be rescheduled for the second week of October, 2001. Plaintiff's attorney (standing in) was not able to answer the Court's question about the extent of Plaintiff's injury. Simon's attorney stated that there is some evidence that Plaintiff is contributorily negligent by wilfully sitting under the wet ceiling tiles.