16

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| ELI ELORZA | § | |
| | § | |
| | § | |
| versus | § | CIVIL ACTION NO: B: 01-060 |
| | § | |
| | § | |
| SEARS, ROEBUCK & CO., et al | § | |

United States District Court
Southern District of Texas
ENTERED
SEP 24 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Garza

## Order Re-Setting Conference

The initial pre-trial conference is reset for **October 15, 2001 at 4:00 p.m.**

Counsel who appears at the conference must have authority to bind the client and must know the facts.

Signed on _September 24_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge