# COPY

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ☐ Roberts    ■ Lehrman |
| **DATE** | 10 / 15 / 2001 |
| **TIME** | 4:00 p.m. — 4:10 p.m. |
| **CIVIL ACTION** | B-01-060 |
| **STYLE** | Elorza *versus* Sears Roebuck et al. |

**DOCKET ENTRY**

(HGT) Initial Pretrial Conference  (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Eddie Lucio

Attorney(s) for Defendant(s):    Eddie Garza (for Sears Roebuck); L Nelson Hall (for Consumer Programs, d/b/a Sears Portrait Studio; Allison Kennamer (for Simon Property Group)

☐    Rulings orally rendered on:

Comments:

    Regarding damages, the Court asked Mr. Lucio about how the claim will exceed $75,000. Mr. Lucio recounted the facts of the case, and stated that Plaintiff has a neck herniation which may require surgery. The client is still seeking treatment and has scheduled a consultation. The plaintiff is not sure if surgery will happen. He has been treated for the injury in January and has been referred to orthopedic surgery. The surgeon recommended that if Plaintiff's pain continues to get surgery. Mr. Lucio's understanding is that the choice is up to the patient.

    The Court asked about the client's financial and work situation. Mr. Lucio replied that the client is self-employed; he owns a company which sells and manufactures leather goods. He travels in his own car to different places and has missed some work. Mr. Lucio is gathering

Plaintiff's financial information but it is hazy because Plaintiff does not get a regular paycheck. He was given the option of surgery about 4 months ago. The Court asked when Plaintiff will know if he is getting the surgery so that we will know whether the amount will exceed $75,000. Mr. Lucio replied that it would be a couple of months or so. The Plaintiff is currently seeing a doctor which may provide a remedy outside of surgery.

      The Court inquired whether the parties consent to proceed before a magistrate or go to mediation. Mr. Lucio said he will know when client decides if he wants surgery. The client had been interested in settlement, but no longer is because his injury is more serious than he originally thought. However, Mr. Lucio said the client is probably still amenable

      ISSUE AS TO DIVERSITY: Simon Properties, may have limited partners that are Texas corporations. Mr. Lucio says some of this may be moot if there is no diversity. Mr. Lucio in process of drafting unopposed motion to remand. Counsel all confirmed that they will not oppose if this is the case. Mr. Lucio will file the unopposed motion by Wednesday.