

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELI ELORZA | § § § § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-01-060 |
| SEARS ROEBUCK and CO.; CONSUMER PROGRAMS INC., d/b/a SEARS PORTRAIT STUDIO; SIMON PROPERTY GROUP, INC. d/b/a VALLE VISTA MALL | § § § § § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR REMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The undersigned Plaintiff through his counsel, hereby moves this Court for its order remanding this proceeding for full adjudication in the state court where it was Pending upon its removal to this Court. Plaintiff's grounds for the motion are set forth in the following:

### PROCEDURAL AND FACTUAL BACKGROUND

This case was commenced on March 27, 2001, in the 103rd Judicial District Court of Cameron County, Texas with the style *Eli Elorza v Sears Roebuck and Co; Consumer Programs Inc., d/b/a Sears Portrait Studio; Simon Property Group, Inc. d/b/a Valle Vista Mall*, Cause Number 2001-03-1504-D.

On April 20, 2001, Defendant Sears Roebuck & Co. removed this matter into this court under the provisions of 28 U.S.C. s 1332 and 28 U.S.C. s 1441(a). It was believed at the time of the removal that the parties were diverse.

### BASIS FOR REMOVAL

It has been discovered that Defendant Simon Property Group (Texas), L.P., cannot rule out the existence of a limited number of limited partners in one of the limited

partnerships that are businesses with their primary place of business in Texas. As such, this court has no diversity jurisdiction over this matter.

WHEREFORE PREMISES CONSIDERED, the Court is requested to enter its Order remanding Eli Elorza v. Sears Roebuck & Co., et al., Civil Action B 01-060, U.S District Court for the Southern District of Texas, to the 103rd Judicial District Court of Cameron County, Texas for adjudication in Cause No. 2001-03-1504-D.

Respectfully submitted,

LUCIO & ASSOCIATES

By: _____
Eddie Lucio
State Bar No. 00791145
Federal Admissions No. 22009
703 Mckinney, Suite 210
Dallas, Texas 75202
Telephone: (214) 220-2199
Facsimile: (214) 220-2155

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF CONFERENCE

Plaintiff's counsel has conferred with all counsel for Defendants and they have indicated that they do not oppose the filing of this motion.

_____
Eddie Lucio

## CERTIFICATE OF SERVICE

I hereby certify that on this __18__ day of __October__, 2001 a true and correct copy of the foregoing instrument was served via:

_____ Cert. Mail, R.R.R     __✓__ Facsimile     _____ Hand Delivery.

upon the following counsel of record:

Charles Willette, Jr.
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

L. Nelson Hall
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401

Alison D. Kennamer
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
PO Box 2155
Brownsville, Texas 78522-2155

Eddie Lucio

ClibPDF - www.fastio.com