United States District Court
Southern District of Texas
ENTERED

OCT 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Eli Elorza, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-60 |
| Sears Roebuck and Co.; Consumer Programs Inc., d/b/a Sears Portrait Studio; Simon Property Group Inc, Inc. d/b/a Valle Vista Mall, | § § § § § § | |
| Defendant. | § | |

## ORDER OF REMAND

BE IT REMEMBERED, that on October 19, 2001, the Court considered the Plaintiffs' Unopposed Motion to Remand [Dkt. No. 18]. After reviewing the unopposed motion, and considering the statements made by all counsel at the initial pretrial conference held on October 15th, 2001, the Court **GRANTS** the Plaintiffs' unopposed motion. The Court therefore **REMANDS** this case to the 103rd Judicial District Court of Cameron County, Texas for adjudication in Cause No. 2001-03-1504-D. A certified copy of this order shall be mailed to the Clerk of the state court.

DONE at Brownsville, Texas, this 19th day of October 2001.

_____
Hilda G. Tagle
United States District Judge